Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| STEPHANIE SOLIZ ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:04-CV-6612 AWI TAG <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 28, 2005, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, November 24, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: May 3, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   May 12, 2005**        **/s/ Theresa A. Goldner**
j6eb3d                                         UNITED STATES MAGISTRATE JUDGE