# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SOLIZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | CASE NO. 1:04-cv-06612 AWI TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT<br>(Doc. 18) |

## BACKGROUND

Plaintiff Stephanie Soliz ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled supplemental security income under Title XVI of the Social Security Act ('the Act"), 42 U.S.C. §1381 et seq.  After review of the Administrative Record and the parties' papers, the Magistrate Judge issued Report and Recommendations on March 29, 2006.   The Magistrate Judge recommended the Court DENY plaintiff's request to reverse the ALJ's decision denying plaintiff benefits under Title XVI of the Act or to remand for further proceedings.  The Report and Recommendations gave notice that any party could file objections within thirty days.   Plaintiff did not file any objections to the Report and Recommendations.

### CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. After carefully evaluating the record, this Court finds the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's March 29, 2006 Report and Recommendations; and

2. DIRECTS the Clerk of the Court to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Stephanie Soliz and to close this action.

IT IS SO ORDERED.

**Dated:   May 31, 2006**             /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE

2